**EXHIBIT "A" TO NOTICE OF REMOVAL**

**STATE COURT FILE AND DOCKET SHEET**

Case: D-1-GN-09-004151 with (6) documents

| Filed Date | Category | Description | Additional Info |
|---|---|---|---|
| 12/8/2009 | PET-PL | ORIGINAL PETITION/APPLICATION | COMPLAINT JURISDICTION |
| 1/26/2010 | ANS-RESP | ORIGINAL ANSWER | DEFENDANT'S RESURGENT CAPITAL SERVICES, LP, AND LEADING EDGE RECOVERY SOLUTIONS, LLC'S ORIGINAL ANSWER |
| 2/1/2010 | SRVPROC ESS | EXE SERVICE OF CITATION | LEADING EDGE RECOVERY SOLUTIONS, LLC |
| 2/1/2010 | SRVPROC ESS | EXE SERVICE OF CITATION | FINANCIAL RECOVERY SERVICES, INC. |
| 2/1/2010 | SRVPROC ESS | EXE SERVICE OF CITATION | RESURGENT CAPITAL, LP |
| 2/12/2010 | ANS-RESP | ORIGINAL ANSWER | ANSWER OF DEFENDANT FINANCIAL RECOVERY SERVICES, INC. TO PLAINTIFF'S ORIGINAL PETITION |